JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUELO GUTIERREZ,<br><br>       Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>       Defendant. | Case No. 2:18-cv-04279-GW-KES<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Adopting the Report and Recommendation of the United States Magistrate Judge,

    IT IS ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

DATED: March 22, 2019

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE